UNITED STATES DISTRICT JUDGE
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LEROY WILLIAMS,** | **CASE NO.  1:05CV1014** |
| Petitioner, | |
| vs. | **Judge John M. Manos** |
| **JAMES S. HAVILAND,** | |
| Respondent. | **ORDER** |

Pursuant to the Memorandum of Opinion issued in the Case No. 1:05CV1014, Docket No. 18, the petition for a writ of habeas corpus is **DENIED**.  The Court certifies that an appeal cannot be taken in good faith because Leroy Williams has not made a substantial showing of the denial of a constitutional right.  See Federal Rule of Appellate Procedure 22(b); 28 U.S.C. § 2253(c).  The Court also certifies that a motion to proceed *in forma pauperis* on appeal cannot be well taken.  See 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Date: February 24, 2006         */s/ John M. Manos*
                                **UNITED STATES DISTRICT JUDGE**